UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

PERGAMENT & CEPEDA LLP et al,                              2:23-cv-21632-WJM-CLW

        Plaintiff(s)

v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION et al,
        Defendant(s)

_____

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F.R.Civ.P. 4(m)

PLEASE TAKE NOTICE that the above-captioned action will be **dismissed** on **March 4th, 2024**, for failure to effect service of the Summons and Complaint within 90 days of the filing of the Complaint, unless you establish that service was effected within said 90 days, by filing proof of service with the Clerk of the Court before the return date of this notice. If proof of service is not filed before the return date, counsel/litigant shall demonstrate to the Court why this action should not be dismissed as to these defendants.

MELISSA E. RHOADS, ESQ, CLERK

s/Keith R. Guthrie
_____
*Keith R. Guthrie, Deputy Clerk*