## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:23-CV-21632-WJM-CLW

Plaintiff:
**PERGAMENT & CEPEDA LLP; EDWARD PERGAMENT; AND MILAGROS CEPEDA**

vs.

Defendant:
**UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.**


STS2023049735

For:
Avram Frisch, Esq.

Received by STATUS, L.L.C. to be served on **UNITED STATES SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, WASHINGTON, DC 20024**.

I, Mark Hagood, being duly sworn, depose and say that on the **21st day of November, 2023** at **10:06 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons, Complaint, Certification Pursuant to Local Rule 11.2, Return of Service** with the date and hour of service endorsed thereon by me, to: **ISABELLA CASILLAS GUZMAN** as **PARALEGAL/ AUTHORIZED** for **UNITED STATES SMALL BUSINESS ADMINISTRATION**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: BLACK, Height: 6', Weight: 175, Hair: BLACK, Glasses: -

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

To Be Used Where Electronic Signature Not Available Served Data: Subscribed and Sworn to before me on 11/24/2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



Mark Hagood
Process Server
11/24/2023
Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2023049735
Ref: NA
Service Fee: _____

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r