PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
TASHA M. BRADT
Assistant United States Attorney
402 East State Street, 4th Floor
Trenton, NJ 08608
(609) 858-0305
Tasha.Bradt@usdoj.gov
*Attorneys for United States Small Business Administration*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PERGAMENT & CEPEDA LLP, EDWARD PERGAMENT, and MILAGROS CEPEDA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION and ISABELLA CASSILAS GUZMAN,<br><br>*Defendants*. | Hon. William J. Martini, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>Civil Action No. 23-cv-21632<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY UNDER LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which the United States Small Business Administration may answer, move, or otherwise reply to Plaintiff's Complaint (ECF No. 1). It is represented that:

1. The United States Small Business Administration has not previously obtained an extension.

2. Plaintiff served the United States Attorney's Office on January 8, 2024. ECF No. 7. The United States Small Business Administration's time to answer, move, or otherwise reply expires on March 8, 2024, under Rule 12(a)(2).

3. The United States Small Business Administration requests an extension to and including **March 22, 2024**.

          Respectfully submitted,

          PHILIP SELLINGER
          United States Attorney

By:   */s/Tasha M. Bradt*
      JOHN F. BASIAK JR.
      TASHA M. BRADT
      Assistant U.S. Attorneys
      *Attorneys for United States Small Business Administration*

Dated: March 6, 2024

## **ORDER**

The above application is GRANTED this _____ day of _____, 2024.

             MELISSA E. RHOADS, Clerk

     By: _____
        Deputy Clerk