PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
Assistant United States Attorney
402 East State Street, Room 430
Trenton, NJ 08608
(609) 858-0309
john.basiak@usdoj.gov
*Attorneys for SBA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PERGAMENT & CEPEDA LLP; EDWARD PERGAMENT; AND MILAGROS CEPEDA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as the Administrator of the SBA,<br><br>*Defendants*. | Hon. William J. Martini, U.S.D.J.<br><br>Civil Action No. 23-cv-21632<br><br><br>**NOTICE OF APPEARANCE** |

To:  MELISSA E. RHOADS, ESQ., Clerk
     United States District Court
     Martin Luther King Building & U.S. Courthouse
     50 Walnut Street
     Newark, NJ 07102

The undersigned Assistant United States Attorney, John F. Basiak Jr., hereby enters a notice of appearance as an attorney for defendants United States Small Business Administration and Isabella Casillas Guzman (collectively, "SBA") in the above-referenced matter.

        Respectfully submitted,

        PHILIP R. SELLINGER
        United States Attorney

By:    /s/ John F. Basiak Jr.
        JOHN F. BASIAK JR.
        Assistant United States Attorney
        *Attorneys for SBA*