PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
TASHA M. BRADT
Assistant United States Attorneys
402 East State Street, Room 430
Trenton, NJ 08608
(609) 858-0309
john.basiak@usdoj.gov
*Attorneys for SBA*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PERGAMENT & CEPEDA LLP; EDWARD PERGAMENT; AND MILAGROS CEPEDA, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as the Administrator of the SBA, <br><br> *Defendants*. | Hon. William J. Martini, U.S.D.J. <br><br> Civil Action No. 23-cv-21632 <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been amicably adjusted between plaintiffs Pergament & Cepeda LLP, Edward Pergament, and Milagros Cepeda (collectively, "Plaintiffs) and defendants United States Small Business Administration and Isabella Casillas Guzman (collectively, "SBA"); and the parties stipulating that this action against SBA should be dismissed with prejudice and without costs or attorney's fees against any party.

The Law Office of Avram E. Frisch LLC

By: /s/ Avram E. Frisch
Avram E. Frisch
*Attorney for Plaintiffs*

Dated: 9/4/2024

PHILIP R. SELLINGER
United States Attorney

By: _____
JOHN F. BASIAK JR.
TASHA M. BRADT
Assistant United States Attorneys
*Attorneys for SBA*

Dated:

So ORDERED:

_____
HON. WILLIAM J. MARTINI
United States District Judge

Dated:

At Newark, New Jersey

2